## Lozier Motor Company, Appellee, v. Luther V. Rice, Appellant.

### Gen. No. 23,047.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed with finding of fact. Opinion filed January 31, 1918. Rehearing denied February 11, 1918. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action of replevin by Lozier Motor Company, a Michigan corporation, plaintiff, against Luther V. Rice, defendant, to recover an automobile sold defendant by an alleged agent of plaintiff. From a finding and judgment by the court for plaintiff, defendant appeals.

C. A. NOWAK, for appellant.

FRED and ALECK L. BERNSTEIN, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

PRINCIPAL AND AGENT, § 187*—*when sale by agent deemed ratified.* One who, after knowledge of the facts attending the sale and delivery of its property by its agent, fails to disaffirm promptly the contract, and by its conduct induces the other party to suppose the contract is recognized, will be held to have ratified or acquiesced in the sale and cannot thereafter recover possession of the property by replevin, whether or not the agent exceeded his authority.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.